An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

D'MICHAELS DYER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63688

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to dismiss. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to dismiss, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.        _____, J.
Douglas                            Saitta

cc:    Hon. Stefany Miley, District Judge
       D'Michaels Dyer
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

_____

[1]We deny as moot appellant's motion to voluntarily withdraw the appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26577